222 So.2d 884

**Mrs. Mary H. TAIT et al.**

v.

**WESTERN WORLD INSURANCE COM-
PANY et al.**

No. 49835.

June 9, 1969.

In re: Mrs. Mary H. Tait et al applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 220 So.2d 226.

Application denied. On the facts found by the Court of Appeal, the result is correct.

■

222 So.2d 884

**INDUSTRIAL SUPPLY COMPANY OF
LOUISIANA, Inc.**

v.

**TRANSAMERICA INSURANCE COMPANY
et al.**

No. 49837.

June 9, 1969.

In re: Transamerica Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 220 So.2d 126.

Writ refused. On the facts found by the Court of Appeal the result is correct.